Magistrate Judge S. Kate Vaughan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and WORLD WRESTLING ENTERTAINMENT INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>An individual or entity doing business as GRATO INTERNATIONAL; and DOES 1-10,<br><br>Defendants. | No. C22-1205-RSL-SKV<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' *EX PARTE* RULE 42 MOTION TO CONSOLIDATE CASES |

THIS MATTER came before the Court on the *Ex Parte* Rule 42 Motion to Consolidate Cases (the "Motion") by Plaintiffs Amazon.com, Inc., Amazon.com Services LLC (collectively, "Amazon"), and World Wrestling Entertainment Inc. ("WWE," and together with Amazon, "Plaintiffs") now pending before this Court.  The Court has considered Plaintiffs' Motion and governing law.

NOW, THEREFORE, the Court orders that *Amazon.com, Inc., Amazon.com Services LLC, and World Wrestling Entertainment Inc. v. Superiorleather and Does 1-10,* WDWA Case No. C22-1207-RSL-SKV; *Amazon.com, Inc., Amazon.com Services LLC, and World Wrestling Entertainment Inc. v. LonspireSports and Does 1-10,* WDWA Case No. C22-1209-RSL-SKV; *Amazon.com, Inc., Amazon.com Services LLC, and World Wrestling Entertainment Inc. v. Sports Cheap Gadgets and Does 1-10,* WDWA Case No. C22-1210-RSL-SKV; *Amazon.com, Inc.,*

[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' EX PARTE
RULE 42 MOTION TO CONSOLIDATE CASES
Case No. C22-1205-RSL-SKV - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

*Amazon.com Services LLC, and World Wrestling Entertainment Inc. v. Regalia Craft PK and Leatherright and Does 1-10,* WDWA Case No. C22-1211-RSL-SKV; *Amazon.com, Inc., Amazon.com Services LLC, and World Wrestling Entertainment Inc. v. Maxan International and Does 1-10,* WDWA Case No. C22-1212-RSL-SKV; *Amazon.com, Inc., Amazon.com Services LLC, and World Wrestling Entertainment Inc. v. Rizvi Belts and Medals and Does 1-10,* WDWA Case No. C22-1214-RSL-SKV; *Amazon.com, Inc., Amazon.com Services LLC, and World Wrestling Entertainment Inc. v. Armchampionshipb and Does 1-10,* WDWA Case No. C22-1215-RSL-SKV be consolidated under WDWA Case No. C22-1205-RSL-SKV for all purposes, including trial.

All further pleadings shall be filed in C22-1205-RSL-SKV and bear this case number.

SO ORDERED this 7th day of October, 2022.

*[signature: S. Kate Vaughan]*

S. KATE VAUGHAN
United States Magistrate Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE
RULE 42 MOTION TO CONSOLIDATE CASES
Case No. C22-1205-RSL-SKV - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

By *s/ Lauren B. Rainwater*
Scott R. Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
 Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

Lauren B. Rainwater, WSBA #43625
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7070
Email: laurenrainwater@dwt.com

[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE
RULE 42 MOTION TO CONSOLIDATE CASES
Case No. C22-1205-RSL-SKV - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax