UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC., et al.,

                Plaintiff,

    v.

GRATO INTERNATIONAL,

                Defendant.

Case No. C22-1205-RSL-SKV

MINUTE ORDER RE STATUS REPORT

        The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

        The complaint in the above-captioned matter was filed on August 30, 2022. Dkt. 1. Plaintiffs moved to consolidate cases, Dkt. 10, and this Court entered an Order to consolidate on October 7, 2022. Dkt. 11. To date, an amended consolidated complaint has not been filed and service of the summons and complaint has not been made on Defendants. Plaintiffs are hereby ORDERED to file a status report with the Court by **February 15, 2023**. The status report should address Plaintiff's efforts thus far to identify and locate Defendants, the date by which Plaintiffs intend to file an amended consolidated complaint, the date by which Plaintiffs expect to serve the summons and complaint on all Defendants, and any additional information that will inform this Court of Plaintiff's intended next steps.

    / / /

MINUTE ORDER RE STATUS REPORT - 1

1   Failure to timely file the status report or to address any of these issues may result

2   dismissal of this case without prejudice for failure to prosecute.

3   Dated this 1st day of February, 2023.

Ravi Subramanian  
Clerk of Court

By: Stefanie Prather  
Deputy Clerk

MINUTE ORDER RE STATUS REPORT - 2