UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC., et al.,

           Plaintiffs,

  v.

GRATO INTERNATIONAL, et al.,

           Defendants.

Case No. C22-1205-RSL-SKV

MINUTE ORDER

      The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

      Plaintiffs timely responded to the Court's Order directing the filing of a status report. *See* Dkts. 12-13.  Plaintiffs request 120 days to provide the Court with a further status update, stating this would allow sufficient time for them to file and receive a ruling on a motion for expedited discovery, serve third-party subpoenas and complete review of third party productions, file an amended consolidated complaint, and move for alternative service.  Finding this request appropriate, the Court herein ORDERS Plaintiffs to file a further status update with the Court on or before **June 19, 2023**.  Failure to timely file the status update may result in dismissal of this

/ / /

MINUTE ORDER - 1

case without prejudice for failure to prosecute.

    Dated this 17th day of February, 2023.

                                                <u>Ravi Subramanian</u>
                                                Clerk of Court

                                        By: <u>Stefanie Prather</u>
                                                Deputy Clerk

MINUTE ORDER - 2