The Honorable S. Kate Vaughan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and WORLD WRESTLING ENTERTAINMENT INC., a Delaware corporation,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>An individual or entity doing business as GRATO INTERNATIONAL; and DOES 1-10,<br><br>　　　　　　　　Defendants. | Case No. C22-1205-RSL-SKV<br><br>Consolidated Cases:<br>*No. 2:22-cv-01205*<br>*No. 2:22-cv-01207*<br>*No. 2:22-cv-01209*<br>*No. 2:22-cv-01210*<br>*No. 2:22-cv-01211*<br>*No. 2:22-cv-01212*<br>*No. 2:22-cv-01215*<br>*No. 2:22-cv-01217*<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION TO FILE OVER-LENGTH *EX PARTE* MOTION FOR EXPEDITED DISCOVERY |

　　　THIS MATTER came before the Court on the *ex parte* Motion by Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and World Wrestling Entertainment, Inc. (collectively, "Plaintiffs") to File Over-length *Ex Parte* Motion for Expedited Discovery, Dkt. 15, pursuant to Local Civil Rule 7(f).  This Court, having considered Plaintiffs' Motion and finding good cause, GRANTS Plaintiffs leave to file a motion for expedited discovery not to exceed 3,500 words.

　　　SO ORDERED this 4th day of April, 2023.

*[signature: S. Kate Vaughan]*

S. KATE VAUGHAN
United States Magistrate Judge

[~~PROPOSED~~] ORDER GRANTING *EX PARTE* MOTION TO FILE OVER-LENGTH MOTION
(No. C22-1205-RSL-SKV) - 1

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax