The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and WORLD WRESTLING ENTERTAINMENT INC., a Delaware corporation,<br><br>                 Plaintiffs,<br><br>   v.<br><br>An individual or entity doing business as GRATO INTERNATIONAL; and DOES 1-10,<br><br>                 Defendants. | No. C22-1205-RSL-SKV<br><br>Consolidated Cases:<br>*No. 2:22-cv-01205*<br>*No. 2:22-cv-01207*<br>*No. 2:22-cv-01209*<br>*No. 2:22-cv-01210*<br>*No. 2:22-cv-01211*<br>*No. 2:22-cv-01212*<br>*No. 2:22-cv-01215*<br>*No. 2:22-cv-01217*<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION FOR EXPEDITED DISCOVERY** |

THIS MATTER came before the Court on the Ex Parte Motion for Expedited Discovery ("Motion") of Plaintiffs Amazon.com, Inc. and Amazon.com Services LLC ("Amazon") and World Wrestling Entertainment Inc. ("WWE," and together with Amazon, "Plaintiffs"). The Court has considered Plaintiffs' Motion, supporting declarations, and the governing law. Accordingly, it is hereby ORDERED:

Plaintiffs' *Ex Parte* Motion for Expedited Discovery, Dkt. 16, is **GRANTED** as follows.

Plaintiffs are granted leave, prior to the Rule 26(f) conference, to serve a Rule 45 subpoena to obtain information regarding the identities and locations of Defendants from Yahoo!

[PROPOSED] ORDER GRANTING PLAINTIFFS'
*EX PARTE* MOTION FOR EXPEDITED DISCOVERY - 1
No. C22-1205-RSL-SKV

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

Inc.; Google LLC; the Microsoft Corporation; MetaBank, National Association aka Pathward, N.A.; U.S. Bank NA; Citizens Bank, National Association; and Payoneer Inc.  To the extent Plaintiffs identify additional entities or individuals in the subpoena response as having responsive information related to the identity or location of the Defendants or potential Defendants, Plaintiffs will seek leave from the Court to serve additional Rule 45 subpoenas on those entities or individuals for the limited purpose of identifying and locating Defendants or potential Defendants.

SO ORDERED this 6th day of April, 2023.


S. KATE VAUGHAN
United States Magistrate Judge


Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*s/ Scott R. Commerson*
Scott R. Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

*s/ Lauren Rainwater*
Lauren Rainwater, WSBA #43625
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: laurenrainwater@dwt.com

[PROPOSED] ORDER GRANTING PLAINTIFFS'
*EX PARTE* MOTION FOR EXPEDITED DISCOVERY - 2
No. C22-1205-RSL-SKV

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax