UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> GRATO INTERNATIONAL, et al., <br><br> Defendants. | Case No. C22-1205-RSL-SKV <br><br> MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

Plaintiffs timely responded to the Court's Order directing the filing of a status report. *See* Dkts. 14 & 21. They now request 120 days to provide the Court with a further status update, which they anticipate will provide sufficient time for them to complete their review of outstanding third-party productions, file an Amended Consolidated Complaint, and move for alternative service. Finding this request appropriate, the Court herein ORDERS Plaintiffs to file a further status update with the Court on or before **September 20, 2023**. Failure to timely file

/ / /

/ / /

MINUTE ORDER - 1

1 | the status update may result in dismissal of this case without prejudice for failure to prosecute.

2 |     Dated this 22nd day of June, 2023.

Ravi Subramanian<br>
Clerk of Court<br><br>
By: Stefanie Prather<br>
Deputy Clerk

MINUTE ORDER - 2