The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and WORLD WRESTLING ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>An individual or entity doing business as GRATO INTERNATIONAL; and DOES 1-10,<br><br>Defendants. | No. C22-1205-RSL-SKV<br><br>Consolidated Cases:<br>No. 2:22-cv-01205<br>No. 2:22-cv-01207<br>No. 2:22-cv-01209<br>No. 2:22-cv-01210<br>No. 2:22-cv-01211<br>No. 2:22-cv-01212<br>No. 2:22-cv-01214<br>No. 2:22-cv-01215<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' *EX PARTE* SUPPLEMENTAL MOTION FOR EXPEDITED DISCOVERY |

THIS MATTER came before the Court on the *ex parte* supplemental motion by Plaintiffs Amazon.com, Inc., Amazon.com Services LLC and World Wrestling Entertainment, Inc. (together, "Plaintiffs") for leave to serve expedited third-party discovery on Hyperwallet (the "Motion"). The Court has considered Plaintiffs' Motion, the supporting declaration, and the governing law. Accordingly, it is hereby ORDERED:

Plaintiffs' Supplemental Motion for Expedited Discovery is **GRANTED** as follows:

Plaintiffs are granted leave, prior to the Rule 26(f) conference, to serve a Rule 45 subpoena on Hyperwallet to obtain information regarding the identities and locations of

[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' *EX PARTE* SUPPLEMENTAL MOTION FOR EXPEDITED DISCOVERY - 1
(C22-1205-RSL-SKV)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

Defendants and other bad actors involved in the alleged counterfeiting scheme. To the extent Plaintiffs identify additional entities and/or individuals in subpoena responses as having responsive information related to the identity or location of Defendants or other bad actors responsible for the counterfeiting scheme alleged in the Complaint, Plaintiffs will seek leave from the Court to serve additional Rule 45 subpoenas on those entities and/or individuals.

SO ORDERED this 11th day of August, 2023.

*[signature]*

S. KATE VAUGHAN
United States Magistrate Judge

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*s/ Scott R. Commerson*
Scott R. Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

*s/ Lauren Rainwater*
Lauren Rainwater, WSBA #43625
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: laurenrainwater@dwt.com

[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' *EX PARTE* SUPPLEMENTAL MOTION FOR EXPEDITED DISCOVERY - 2
(C22-1205-RSL-SKV)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax