UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC., et al.,

           Plaintiffs,

  v.

GRATO INTERNATIONAL, et al.,

           Defendants.

Case No. C22-1205-RSL-SKV

MINUTE ORDER

      The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

      Plaintiffs timely responded to the Court's Order directing the filing of a status report. *See* Dkts. 22 & 26. They now request ninety days to provide the Court with a further status update, which they anticipate will provide sufficient time to receive a response to an outstanding subpoena, complete their review of production in response to the subpoena, file an Amended Consolidated Complaint, and either complete service or move for alternative service. Finding this request appropriate, the Court herein ORDERS Plaintiffs to file a further status update with the Court on or before **December 20, 2023**. Failure to timely file the status update may result in

/ / /

MINUTE ORDER - 1

dismissal of this case without prejudice for failure to prosecute.

Dated this 26th day of September, 2023.

Ravi Subramanian
Clerk of Court

By: Stefanie Prather
Deputy Clerk

MINUTE ORDER - 2