UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC., et al.,

          Plaintiffs,

  v.

GRATO INTERNATIONAL, et al.,

          Defendants.

Case No. C22-1205-RSL-SKV

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

Plaintiffs timely responded to the Court's Order directing the filing of a status report. *See* Dkts. 27-28. They now request an additional ninety days to provide the Court with a further status update, which they anticipate will provide sufficient time to receive a response to a subpoena, complete their review of the responsive production, file an Amended Consolidated Complaint, and move for alternative service. Finding this request appropriate, the Court herein ORDERS Plaintiffs to file a further status update with the Court on or before **March 19, 2024**. Failure to timely file the status update may result in dismissal of this case without prejudice for

/ / /

MINUTE ORDER - 1

failure to prosecute.

      Dated this 20th day of December, 2023.

Ravi Subramanian
Clerk of Court

By: Stefanie Prather
Deputy Clerk

MINUTE ORDER - 2