# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., et al., <br><br>   Plaintiffs, <br><br> v. <br><br> GRATO INTERNATIONAL, et al., <br><br>   Defendants. | Case No. C22-1205-RSL-SKV <br><br> MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

Plaintiffs timely responded to the Court's Order directing the filing of a status report. *See* Dkts. 29-30. They now request an additional thirty days to finalize and file the Amended Consolidated Complaint, and thereafter move for alternative service. Finding this request appropriate, the Court herein ORDERS Plaintiffs to file a further status update with the Court on or before **April 29, 2024**. Failure to timely file the status update may result in dismissal of this case without prejudice for failure to prosecute.

Dated this 29th day of March, 2024.

Ravi Subramanian
Clerk of Court

By: Stefanie Prather
Deputy Clerk

MINUTE ORDER - 1