# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., *et al.*, | CASE NO. 2:22-cv-01205-RSL |
| Plaintiffs, | |
| v. | |
| GRATO INTERNATIONAL, *et al.*, | ORDER EXTENDING TIME TO RESPOND |
| Defendants. | |

    This matter comes before the Court on defendant Zarqa Choudhry's request for additional time in which to retain legal counsel and respond to the complaint. Dkt. # 38. The motion is GRANTED. Defendant Choudhry's deadline for responding to the complaint is hereby continued to July 15, 2024.

    Dated this 7th day of June, 2024.

Robert S. Lasnik
United States District Judge

ORDER EXTENDING TIME TO RESPOND - 1