UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; et al.,<br><br>                              Plaintiff(s),<br>Vs.<br><br>ZARQA CHOUDHRY, an individual; et al.,<br><br>                              Defendant(s). | NO. 2:22-cv-01205-RSL-SKV<br><br>AFFIDAVIT OF SERVICE OF: SUMMONS IN A CIVIL ACTION; CONSOLIDATE FIRST AMENDED COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF; CIVIL COVER SHEET. |

STATE OF MASSACHUSETTS   )
                         ) ss.
COUNTY OF SUFFOLK        )

The undersigned, being first duly sworn, on oath states:

    That I am now, and at all times herein mentioned, was a citizen of the United States and a resident of the State of Massachusetts, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

    That at 10:20 A.M. on May 10th, 2024, at 54 Loring Avenue, Winchester, Massachusetts, I duly served the above-described documents in the above-described matter upon Zarqa Choudhry, by then and there personally delivering a true and correct copy thereof by leaving the same with Zarqa Choudhry, personally, being a tan female, approximately 50 years old, 5'4, 150lbs, and with greying black hair.

_____
CYNTHIA PARIS

Service Fees:
Ferry tolls:
Travel:
SSA:
Trace:
Bad Address:
Aff./Notary Fee:
Special Fee:
Wait:

_____
TOTAL    $(see invoice)

SUBSCRIBED AND SWORN to before me on: 5/15/2026

_____
NOTARY PUBLIC in and for the State
of Massachusetts residing at: BOSTON
My commission expires: 5/15/2026



SANDRA GALLICE
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
May 15, 2026