UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; et al.,<br><br>Plaintiff(s),<br><br>Vs.<br><br>ZARQA CHOUDHRY, an individual; et al.,<br><br>Defendant(s). | NO. 2:22-cv-01205-RSL-SKV<br><br>AFFIDAVIT OF SERVICE OF: SUMMONS IN A CIVIL ACTION; CONSOLIDATE FIRST AMENDED COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF; CIVIL COVER SHEET. |

STATE OF CALIFORNIA      )
                         ) ss.
COUNTY OF RIVERSIDE      )

The undersigned, being first duly sworn, on oath states:

    That I am now, and at all times herein mentioned, was a citizen of the United States and a resident of the State of California, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

    That at 5:00 P.M. on May 9th, 2024, at 14176 Kingsway Court, Moreno Valley, California, I duly served the above-described documents in the above-described matter upon Zubair Ali, by then and there personally delivering a true and correct copy thereof by leaving the same with Mehboob Zaman, father and resident of suitable age and discretion and co-resident, being a Middle Eastern male, approximately 80 years old, 5'4, 140lbs and balding, who confirmed that they both reside here.

Page 1 of 2

United States District Court for the Western District of Washington
Amazon.com, Inc.; et al., Vs. Choudhry; et al.,
Case no. 2:22-cv-01205-RSL-SKV

_____
MICHAEL TARANGO SAN BERNARDINO CO. #893

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

Service Fees:
Ferry tolls:        State of California
Travel:
SSA:                County of <u>RIVERSIDE</u>
Trace:              Subscribed and sworn to (or affirmed) before me on this 14th day
Bad Address:        of May, 2024, by Michael
Aff./Notary Fee:
Special Fee:        Tarango, proved to me on the basis
Wait:               of satisfactory evidence to be the person(s) who appeared before me.

_____        Signature Ruth E Flores                    [Seal]
TOTAL  $(see invoice)

RUTH E. FLORES
Notary Public - California
San Bernardino County
Commission # 2399307
My Comm. Expires Apr 28, 2026

Page 2 of 2

United States District Court for the Western District of Washington
Amazon.com, Inc.; et al., Vs. Choudhry; et al.,
Case no. 2:22-cv-01205-RSL-SKV