The Honorable Robert S. Lasnik
The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and WORLD WRESTLING ENTERTAINMENT INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ZARQA CHOUDHRY, an individual; ZUBAIR ALI; an individual; SYED ALI QASIM, an individual; RIZWAN IQBAL, an individual; SAMINA ZULFIQAR, an individual; and DOES 1-10,<br><br>Defendants. | No. C22-1205-RSL-SKV<br><br>Consolidated Case Nos.:<br>No. C22-1207<br>No. C22-1209<br>No. C22-1210<br>No. C22-1211<br>No. C22-1212<br>No. C22-1214<br>No. C22-1215<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION TO FILE OVER-LENGTH *EX PARTE* MOTION FOR ALTERNATIVE SERVICE ON SYED ALI QASIM AND SAMINA ZULFIQAR |

THIS MATTER came before the Court on the *ex parte* Motion by Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and World Wrestling Entertainment Inc. (collectively, "Plaintiffs") for leave to file an over-length e*x parte* motion for alternative service (the "Motion"), pursuant to Local Civil Rule 7(f).  Dkt. 42.  The Court, having considered Plaintiffs' Motion and finding good cause, **GRANTS** Plaintiffs leave to file a motion for alternative service not to exceed 2,800 words.

SO ORDERED this 16th day of July, 2024.

S. KATE VAUGHAN
United States Magistrate Judge

[~~PROPOSED~~] ORDER GRANTING *EX PARTE*
MOTION TO FILE OVER-LENGTH MOTION - 1
(C22-1205-RSL-SKV)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax