The Honorable Robert S. Lasnik
The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and WORLD WRESTLING ENTERTAINMENT INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ZARQA CHOUDHRY, an individual; ZUBAIR ALI; an individual; SYED ALI QASIM, an individual; RIZWAN IQBAL, an individual; SAMINA ZULFIQAR, an individual; and DOES 1-10,<br><br>Defendants. | Lead Consolidated Case<br>No. 2:22-cv-01205-RSL-SKV<br><br>Consolidated Case Nos.:<br>No. 2:22-cv-01207<br>No. 2:22-cv-01209<br>No. 2:22-cv-01210<br>No. 2:22-cv-01211<br>No. 2:22-cv-01212<br>No. 2:22-cv-01214<br>No. 2:22-cv-01215<br><br>**CERTIFICATE OF SERVICE** |

I certify that on July 25, 2024, I caused to be served true and correct copies of the:

1. Civil Cover Sheet (Dkt. 1-1);

2. First Amended Consolidated Complaint for Damages and Equitable Relief (Dkt. 32);

3. Exhibits to First Amended Consolidated Complaint for Damages and Equitable Relief (Dkt. 32-1);

4. Summons for Syed Ali Qasim (Dkt. 34);

5. Summons for Samina Zulfiqar (Dkt. 34); and

6. Order Granting Plaintiffs' *Ex Parte* Motion for Alternative Service (Dkt. 42)

CERTIFICATE OF SERVICE - 1
(No. 2:22-cv-01205-RSL-SKV)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

via RPost, per the Court's Order Authorizing Alternative Service (Dkt. 42) to the following Defendants via the email addresses listed below:

- Defendant Syed Ali Qasim via the email address: saqasimrizvi@hotmail.com; and
- Defendant Samina Zulfiqar via the email address: zah786143@gmail.com.

RPost confirmed delivery of the service emails without any error notices or bounce back messages.

DATED this 26th day of July, 2024.

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*s/ Lauren Rainwater*
Lauren Rainwater, WSBA #43625
920 Fifth Avenue, Suite 3300
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: laurenrainwater@dwt.com

CERTIFICATE OF SERVICE - 2
(No. 2:22-cv-01205-RSL-SKV)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax