# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> GRATO INTERNATIONAL, et al., <br><br> Defendants. | Case No. C22-1205-RSL-SKV <br><br> MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

Plaintiffs recently submitted a status report noting that they remain in the process of effecting service on Defendant Rizwan Iqbal via the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents. *See* Dkt. 55 at 2. The Court herein ORDERS Plaintiffs to file another status update with the Court regarding their service-related efforts on or before **April 15, 2025**.

Dated this 14th day of January, 2025.

Ravi Subramanian
Clerk of Court

By: Stefanie Prather
Deputy Clerk

MINUTE ORDER - 1