1

2

3

4

5

6

7

8

9

The Honorable Robert S. Lasnik
The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| 10  AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and WORLD WRESTLING ENTERTAINMENT INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ZARQA CHOUDHRY, an individual; ZUBAIR ALI, an individual; SYED ALI QASIM, an individual; RIZWAN IQBAL, an individual; SAMINA ZULFIQAR, an individual; and DOES 1-10,<br><br>Defendants. | No. 2:22-cv-01205-RSL-SKV<br><br>Consolidated Cases:<br>No. 2:22-cv-01207<br>No. 2:22-cv-01209<br>No. 2:22-cv-01210<br>No. 2:22-cv-01211<br>No. 2:22-cv-01212<br>No. 2:22-cv-01214<br>No. 2:22-cv-01215<br><br>**PLAINTIFFS' STATUS REPORT** |

11

12

13

14

15

16

17

18

19

20    Plaintiffs Amazon.com, Inc. and Amazon.com Services LLC (collectively, "Amazon")

21  and World Wrestling Entertainment Inc. ("WWE," and together with Amazon, "Plaintiffs")

22  submit this status report in response to the Court's January 14, 2025 Minute Order in this action.

23  Dkt. 53. This is a consolidated matter consisting of the following cases: (1) No. 2:22-cv-01205;

24  (2) No. 2:22-cv-01207; (3) No. 2:22-cv-01209; (4) No. 2:22-cv-01210; (5) No. 2:22-cv-01211;

25  (6) No. 2:22-cv-01212; (7) No. 2:22-cv-01214; and (8) No. 2:22-cv-01215.

26    For their response, Plaintiffs state as follows:

27

PLAINTIFFS' STATUS REPORT - 1
(2:22-cv-01205-RSL-SKV)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

1         1.     On April 19, 2024, Plaintiffs filed a First Amended Consolidated Complaint

2    naming new Defendants identified in subpoena responses received in expedited discovery as

3    authorized by the Court. Dkt. 32.

4         2.     According to the information received in response to Plaintiffs' subpoenas, two

5    Defendants reside in the United States, two Defendants reside in Pakistan, and one Defendant

6    resides in Canada.

7         3.     Plaintiffs personally served the two Defendants residing in the United States,

8    Zubair Ali and Zarqa Choudhry. *See* Dkts. 40, 41.

9         4.     Ms. Choudhry appeared *pro se*, Dkt. 35, and successfully completed mediation

10   and settled with Plaintiffs, after which Plaintiffs dismissed Ms. Choudhry from the action. Dkt.

11   51.

12        5.     After the Court granted Plaintiffs' motion for alternative service on the two

13   Defendants residing in Pakistan, Syed Ali Qasim and Samina Zulfiqar, Dkt. 47, Plaintiffs served

14   them by email addresses they used to register the selling accounts under their control with

15   Amazon. *See* Dkt. 44.

16        6.     Mr. Ali, Mr. Qasim, and Ms. Zulfiqar failed to appear personally or through

17   counsel, file or serve an answer in the time provided, or otherwise indicate their intent to

18   participate in this litigation. After Plaintiffs moved for entry of default against them, the clerk

19   entered the default on September 16, 2024. Dkt. 52.

20        7.     On May 22, 2024, Plaintiffs initiated service on Defendant Rizwan Iqbal in

21   Canada in accordance with the Hague Convention through Ontario's Central Authority. As of the

22   date of the filing of this status report, Plaintiffs are still awaiting information regarding whether

23   Mr. Iqbal has been served. Plaintiffs will file a proof of service with the Court as soon as they

24   receive such information.

25

26

27

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

1    DATED this 15th day of April, 2025.

2                                              DAVIS WRIGHT TREMAINE LLP
                                               *Attorneys for Plaintiffs*
3
                                               s/ Scott R. Commerson
4                                              Scott R. Commerson, WSBA #58085
                                               350 South Grand Avenue, 27th Floor
5                                              Los Angeles, CA 90071-3460
                                               Tel: (213) 633-6800
6                                              Email: scottcommerson@dwt.com

7                                              s/ Lauren Rainwater
                                               Lauren Rainwater, WSBA #43625
8                                              920 Fifth Avenue, Suite 3300
                                               Seattle, WA 98104-1604
9                                              Tel: (206) 622-3150
                                               Email: laurenrainwater@dwt.com
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

PLAINTIFFS' STATUS REPORT - 3
(2:22-cv-01205-RSL-SKV)