UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC., et al.,

        Plaintiffs,

  v.

GRATO INTERNATIONAL, et al.,

        Defendants.

Case No. C22-1205-RSL-SKV

MINUTE ORDER

    The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

    Plaintiffs recently submitted a status report noting that they remain in the process of effecting service on Defendant Rizwan Iqbal via the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents. *See* Dkt. 57 at 2. The Court herein ORDERS Plaintiffs to file another status update with the Court regarding their service-related efforts on or before **July 16, 2025**.

    Dated this 16th day of April, 2025.

                              Ravi Subramanian
                              Clerk of Court

                          By: Stefanie Prather
                              Deputy Clerk

MINUTE ORDER - 1