UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., *et al.*,<br><br>              Plaintiffs,<br><br>       v.<br><br>GRATO INTERNATIONAL, *et al.*,<br><br>              Defendants. | CASE NO. 2:22-cv-01205-RSL<br><br>ORDER EXTENDING RESPONSE DEADLINE |

This matter comes before the Court on defendant Rizwa Iqbal's letter requests for an extension of time in which to respond to the complaint. Dkt. # 60 and # 62. Plaintiffs do not oppose the requests and have agreed to an extension to May 28, 2025. It is so ORDERED.

DATED this 13th day of May, 2025.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER EXTENDING RESPONSE DEADLINE - 1