UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>GRATO INTERNATIONAL, *et al.*,<br><br>　　　　　　Defendants. | CASE NO. 2:22-cv-01205-RSL<br><br>ORDER EXTENDING RESPONSE DEADLINE |

　　　This matter comes before the Court on defendant Rizwa Iqbal's letter request for an extension of time in which to respond to the complaint. Dkt. # 69. Plaintiffs have not opposed the request and have agreed to an extension to June 11, 2025. Because that date has already passed, the time in which to respond to the complaint will be extended to June 25, 2025.

　　　DATED this 17th day of June, 2025.

　　　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　　　United States District Judge

ORDER EXTENDING RESPONSE DEADLINE - 1