UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., *et al.*,<br><br>           Plaintiffs,<br><br>      v.<br><br>GRATO INTERNATIONAL, *et al.*,<br><br>           Defendants. | CASE NO. 2:22-cv-01205-RSL<br><br>ORDER EXTENDING RESPONSE DEADLINE |

This matter comes before the Court on defendant Rizwa Iqbal's fourth letter request for an extension of time in which to respond to the complaint. Dkt. # 74. The parties are apparently engaged in settlement negotiations, and plaintiffs have not opposed the request. The request is therefore GRANTED, and the time in which to respond to the complaint is hereby extended to October 22, 2025.

Dated this 22nd day of August, 2025.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER EXTENDING RESPONSE DEADLINE - 1